AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

United States of America
v.
KENNETH WHITE

Case No: 1:13CR00255-001
USM No: 23300-055

Date of Original Judgment: May 18, 2016
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Marianne Mariano
*Defendant's Attorney*

**FILED MAY 28 2024** — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   156   months **is reduced to**   151 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   May 18, 2016   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   May 22, 2024

Effective Date:
*(if different from order date)*

*Judge's signature*

William M. Skretny, United States District Judge
*Printed name and title*